The relief described hereinbelow is SO ORDERED.

Signed August 15, 2011.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 11-51543 |
| LANDRY, KIM ALEXIS | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### OBJECTION TO PROOF OF CLAIM
(GE Money Bank -Claim #7)

On this date came on to be considered Debtor's Objection to Proof of Claim of **GE Money Bank,** (Claim #7), The Objection specified that an Order would, in the Court's discretion, be entered if no response was filed within twenty-one days after the date of service of the Objection. No response having been timely filed, and the Objection appearing to have merit, it appears that the Objection should be sustained.

It is, therefore, **ORDERED** that Debtor's Objection is **SUSTAINED**. The clerk shall note this Order on the claims docket, in accordance with normal procedures, that the claim is disallowed in its entirety.

###

**THIS ORDER WAS PREPARED AND SUBMITTED BY:**
**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826